UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                         :

WINSTON MATTHEW GAYLE,                   :

                      Petitioner,         :

           -v-                         :          26 Civ. 4326 (JPC)

MARKWAYNE MULLIN, *et al.*,          :            ORDER

                    Respondents.      :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 23, 2026, Petitioner initiated this case by filing a Petition for Writ of Habeas Corpus ("Petition") under 28 U.S.C. § 2241.  Dkt. 1.  No later than June 5, 2026, Respondents must respond to the Petition or indicate that they do not intend to oppose.  By June 12, 2026, Petitioner may submit a reply in support of the Petition.  The Order issued at Docket Number 3, prior to this case having been assigned to the undersigned, is vacated.  The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

      SO ORDERED.

Dated: May 26, 2026
      New York, New York

                             JOHN P. CRONAN
                        United States District Judge