UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                                         :
WINSTON MATTHEW GAYLE,                                                    :
                                                                         :
                            Petitioner,                                  :
                                                                         :
           -v-                                                           :        26 Civ. 4326 (JPC)
                                                                         :
MARKWAYNE MULLIN, *et al.*,                                              :        ORDER
                                                                         :
                            Respondents.                                 :
                                                                         :
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 23, 2026, Petitioner initiated this case by filing a Petition for Writ of Habeas Corpus ("Petition") under 28 U.S.C. § 2241. Dkt. 1. Then, on May 26, 2026, the Court ordered Respondents to respond to the Petition by June 5, 2026, and required Petitioner to submit any reply in support of the Petition by June 12, 2026. Dkt. 4. On June 5, 2026, Respondents moved to transfer this case to the District of New Jersey, or, alternatively, to dismiss. Dkts. 6-8. By June 10, 2026, Petitioner should submit a letter stating whether he opposes transfer to the District of New Jersey for the reasons provided in Respondents' memorandum of law. *See* Dkt. 7. If Petitioner opposes such transfer, he must submit a joint reply in support of his Petition and opposition to Respondents' motion no later than June 15, 2026. Respondents may then submit a reply in support of their motion by June 19, 2026.

        SO ORDERED.

Dated: June 8, 2026
        New York, New York                          _____
                                                         JOHN P. CRONAN
                                                    United States District Judge