THE BRONX DEFENDERS

June 10, 2026

The Court grants Respondents' motion to dismiss the Petition without prejudice. The Clerk of Court is respectfully directed to close this case.

SO ORDERED
June 11, 2026

JOHN P. CRONAN
United States District Judge

VIA ECF

Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**RE: *Gayle v. Mullin*, No. 26-cv-4326 (Cronan, J.)**

Dear Hon. Judge Cronan:

This office represents Petitioner Winston Gayle ("Mr. Gayle") in the above-referenced proceedings. We respectfully submit this letter in response to Respondents' motion to transfer or dismiss without prejudice to refiling and the Court's resulting Order of June 8, 2026. *See* ECF No. 6, Notice of Motion; ECF No. 9, Order.

On June 9, 2026, we learned that Mr. Gayle has been returned to Orange County Correctional Facility ("OCCF") in Goshen, New York, and therefore is once again confined within the Southern District of New York. *See* Ex. A, Online Detainee Locator Screen Capture (showing Mr. Gayle is detained at OCCF as of June 10, 2026, at 4:16 p.m.). Accordingly, we do not oppose dismissing this case without prejudice to refiling.

Respectfully submitted,

/s/ Jessica Coffrin-St. Julien
Jessica Coffrin-St. Julien
Nhu-Y Ngo
The Bronx Defenders
360 East 161st Street
Bronx, New York 10451
(646) 780-9930
jcoffrin@bronxdefenders.org

CC: All counsel of record via ECF

# Exhibit A



search

https://locator.ice.gov/odls/#/results

Official Website of the Department of Homeland Security

U.S. Immigration and Customs Enforcement

Report Crimes: Email or Call 1-866-DHS-2-ICE

Home | Who We Are | What We Do | Newsroom | Information Library | Contact ICE

## Search Results: 1

**WINSTON MATTHEW GAYLE**

**Country of Birth :** Jamaica
**A-Number:** 066335935
**Status :** In ICE Custody
**State:** NY
**Current Detention Facility:** ORANGE COUNTY CORRECTIONAL FACILITY

** Click on the Detention Facility name to obtain facility contact information*

BACK TO SEARCH >

**Related Information**

**Helpful Info**
- Status of a Case
- About the Detainee Locator
- Brochure
- ICE ERO Field Offices
- ICE Detention Facilities
- Privacy Notice

**External Links**
- Bureau of Prisons Inmate Locator

4:16 PM
6/10/2026